Exhibit "B"

```
            COUNTY CLERK'S OFFICE
            SCHENECTADY COUNTY, NY
        ================================
                INVOICE # ▮▮▮▮▮▮
        0101-RECEIPT                TMH
        ================================
                  -- CHARGES --
        --------------------------------
        #001 ASSIGNMENT (MORTGAGE)  $50.50

        Instrument Number - 201540510
        Recorded on - Sep 01, 2015 2:08:16 PM
        Document Number - ▮▮▮▮▮▮
        Book/Page: MORT/4627/604
        Total Pages: 2
        Mortgagor - WELDEN-PINNEY KATHRYN A
        Mortgagee - M&T BANK
        Fee Detail:
          COUNTY RECORDING FEE            $20.50
          COUNTY LAND COMPTROLLER SURCHARGE $0.75
          COUNTY LAND SURCHARGE            $0.25
          NEW YORK LAND COMPTROLLER SURCHARGE $14.25
          NEW YORK LAND SURCHARGE          $4.75
          PER PAGE FEE                    $10.00
        --------------------------------
        TOTAL CHARGES               $50.50
        ================================
                  -- PAYMENTS --
        --------------------------------
        CHECK: 107756               $50.50
        --------------------------------
        TOTAL PAYMENTS              $50.50

        AMOUNT DUE                  $50.50
        PAYMENT ON INVOICE         ($50.50)
        BALANCE DUE                  $0.00
        ================================
        Customer ID: SC
          SCHENECTADY COUNTY CLERKS OFFICE
        --------------------------------
                    THANK YOU
              JOHN J. WOODWARD
                  COUNTY CLERK
                  COUNTY # 47
             09/01/2015 2:08:12 PM
        ================================
```

# OFFICE OF THE SCHENECTADY COUNTY CLERK



620 STATE STREET
SCHENECTADY, NY 12305-2114
PHONE (518) 388-4220
FAX (518) 388-4224

MARYELLEN BREHM

CYNTHIA REEDY

CARA JASENSKI

**JOHN J. WOODWARD**
COUNTY CLERK
CMC

JEFF MORRETTE
DEPUTY COUNTY CLERKS

Instrument Number - 201540510
Recorded On 9/1/2015 At 2:08:16 PM
* Instrument Type - ASSIGNMENT (MORTGAGE)
Book - 4627   Starting Page - 604
* Total Pages - 2
Invoice Number -          User ID: TMH
Document Number
* Mortgagor - WELDEN-PINNEY KATHRYN A

* Mortgagee - M&T BANK

*RETURN DOCUMENT TO:
WEB TITLE AGENCY
500 CANAL VIEW BLVD STE A
ROCHESTER, NY 14623-9838
ATTN: PPE

* FEES

```
NY  LAND  SUR              $4.75
NY  LAND  COMP  SUR       $14.25
CO  GENERAL  REVENUE      $30.50
CO  LAND  SUR              $0.25
CO  LAND  COMP  SUR        $0.75
TOTAL  PAID               $50.50
```

I hereby CONFIRM that this document is
Recorded in the Schenectady County Clerk's Office
in Schenectady, New York

John J. Woodward
Schenectady County Clerk

### THIS IS AN ENDORSEMENT PAGE

## Do Not Detach

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.



INSTRUMENT NUMBER

Record & Return
Web Title Agency
500-A Canal View Boulevard
Rochester, NY 14623

MORT Book 4627 Page 605
Doc No

M&T BANK
ATTN: ASSIGNMENT GROUP
P.O. BOX 1288
BUFFALO, NY 14240

## CORPORATE ASSIGNMENT OF MORTGAGE

Schenectady, New York
SELLER'S SERVICING #
SELLER'S LENDER ID#:

MIN #:            SIS #:

Date of Assignment: August 13th, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR M&T BANK ITS SUCCESSORS AND ASSIGNS at 1901 E VOORHEES STREET, SUITE C, DANVILLE, IL 61834
Assignee: M&T BANK at 1 FOUNTAIN PLAZA, BUFFALO, NY 14203
Executed By: KATHRYN A WELDEN-PINNEY To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR M&T BANK ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 03/17/2014 Recorded: 04/09/2014 in Book/Reel/Liber: 4522 Page/Folio: 832 as Instrument No.: 201413736 In the County of Schenectady, State of New York.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 1901 E Voorhees Street, Suite C, Danville, IL 61834 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026.

Property Address: 306 S REYNOLDS STREET, GLENVILLE, NY 12302
  This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

  KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $143,355.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

  TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR M&T BANK ITS SUCCESSORS AND ASSIGNS
On August 13th, 2015

By: _____
Joshua Wikman, Assistant Secretary

STATE OF New York
COUNTY OF Erie

On the 13th day of August in the year 2015 before me, the undersigned, personally appeared Joshua Wikman, Assistant Secretary, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
TAMMY M. HAMILTON
Notary Expires: 01/12/2017 #01HA6199021
Erie, New York
Qualified in Erie County

Tammy M. Hamilton
Notary Public, State of New York
Qualifed in Erie County
Reg #01HA6199021
My Commission Expires: 1/12/2017

(This area for notarial seal)